## Commonwealth *v.* Eichelberger, Appellant.

Submitted April 10, 1967. *John D. Eichelberger,* appellant, in propria persona; *Edwin J. Martin* and *Charles B. Watkins,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.